# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2022 KW 0542

VERSUS

VICTOR COVINGTON                                      **JULY 18, 2022**

---

In Re:    Victor Covington, applying for supervisory writs, 20th
          Judicial District Court, Parish of East Feliciana, No.
          96-CR-1253.

---

**BEFORE:    HOLDRIDGE, PENZATO, AND LANIER, JJ.**

   **WRIT DENIED.**

                            GH
                            AHP
                            WIL

COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
           FOR THE COURT